[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 3, 2008
THOMAS K. KAHN
CLERK

No. 07-12843
_____

D. C. Docket No. 04-00342 CV-3-RV-MD

THOMAS HOME CORPORATION,

Plaintiff-Counter-Defendant-
Appellant,

versus

REVE DEVELOPMENT CORPORATION,
RAYMOND A. NOEL,

Defendants-Counter-
Claimants-Appellees,

DAVID L. JONES, II, et al.,

Defendants-Cross-Claimants.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(June 3, 2008)**

Before EDMONDSON, Chief Judge, HILL and ALARCÓN,[*] Circuit Judges.

PER CURIAM:

This appeal follows a nonjury trial in a case of alleged copyright infringement. Given that the district court did not clearly err in finding Defendant's designs were independent creations, we see no reversible error and affirm the judgment.

**AFFIRMED.**

---

[*]Honorable Arthur L. Alarcón, United States Circuit Judge for the Ninth Circuit, sitting by designation.